FENNEMORE CRAIG, P.C.
John J. Balitis, Jr. (No. 011801)
Bruna Pedrini (No. 011662)
2394 East Camelback Road
Suite 600
Phoenix, AZ  85016-3429
Telephone:  (602) 916-5000
Email:  jbalitis@fclaw.com
Email:  bpedrini@fclaw.com

Attorneys for Defendant
Imara Holdings, Inc. d/b/a Residence Inn
by Marriott Phoenix

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>        Plaintiff,<br><br>    v.<br><br>Imara Holdings, Inc., a Delaware Corporation d/b/a Residence Inn by Marriott Phoenix,<br><br>        Defendant. | No. 2:17-CV-02567-PHX-ESW<br><br>**NOTICE OF SETTLEMENT IN LIEU OF SERVICE OF DEFENDANT'S MANDATORY INITIAL DISCOVERY PROJECT RESPONSE.** |

Defendant Imara Holdings, Inc. hereby gives notice to the Court that the parties have settled this case.  Therefore, Defendant will not be providing its Mandatory Initial Discovery Project response as scheduled.

The parties anticipate asking the Court to dismiss the case with prejudice within the next 30 days once the settlement documents are finalized.

Dated this 17th day of November, 2017.

                                          FENNEMORE CRAIG, P.C.

By */s/ Bruna Pedrini*
   John J. Balitis, Jr.
   Bruna Pedrini
   Attorneys for Defendant
   Imara Holdings, Inc. dba Residence
   Inn by Marriott Phoenix

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Peter Strojnik
STROJNIK P.C.
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

                                   */s/ Jill Wilson*
                                   Jill Wilson