# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-02567-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Imara Holdings Incorporated, | |
| Defendant. | |

The Court having received Defendant's Notice of Settlement in Lieu of Service of Defendant's Mandatory Initial Discovery Project Response (Doc. 29), and good cause appearing,

IT IS ORDERED vacating Rule 16 Case Management Conference set on December 13, 2017.

IT IS FURTHER ORDERED directing the parties to file their stipulation to dismiss, once settlement documents are finalized but no later than January 18, 2018.

Dated this 27th day of November, 2017.

Honorable Eileen S. Willett
United States Magistrate Judge