# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-02567-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Imara Holdings Incorporated, | |
| Defendant. | |

Based upon the Stipulation (Doc. 31) of Plaintiff Fernando Gastelum and Defendant Imara Holdings, Inc. dba Residence Inn by Marriott Phoenix, and good cause appearing:

**IT IS ORDERED** granting the Stipulation to Dismiss with Prejudice (Doc. 31).

**IT IS FURTHER ORDERED** that the civil case captioned *Fernando Gastelum v. Imara Holding, Inc. a Delaware Corporation d/b/a/ Residence Inn by Marriott Phoenix*, Case No. 2:17-CV-02567-PHX-ESW (the "Lawsuit"), is dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs incurred in connection with the Lawsuit.

Dated this 18th day of January, 2018.

_____
Eileen S. Willett
United States Magistrate Judge